Fill in this information to identify the case:

Debtor 1 _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _____
                                                                    (State)

Case number _____

Form 4100R
# Response to Notice of Final Cure Payment                               10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1:  Mortgage Information

**Name of creditor:** _____     **Court claim no.** (if known):
                                                           _____

**Last 4 digits** of any number you use to identify the debtor's account:  ___ ___ ___ ___

**Property address:** _____
                     Number      Street

                     _____

                     _____
                     City              State     ZIP Code

## Part 2:  Prepetition Default Payments

*Check one:*

❑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

❑ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3:  Postpetition Mortgage Payment

*Check one:*

❑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

  The next postpetition payment from the debtor(s) is due on:   ___/___/_____
                                                                MM / DD / YYYY

❑ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

  Creditor asserts that the total amount remaining unpaid as of the date of this response is:

  a. Total postpetition ongoing payments due:                              (a)  $ _____

  b. Total fees, charges, expenses, escrow, and costs outstanding:      +  (b)  $ _____

  c. **Total**. Add lines a and b.                                         (c)  $ _____

  Creditor asserts that the debtor(s) are contractually
  obligated for the postpetition payment(s) that first became
  due on:                                              ___/___/_____
                                                       MM / DD / YYYY

Debtor 1  _____  Case number (*if known*) _____
          First Name    Middle Name    Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ _____    Date  ____/_____/_____
   Signature

Print  _____    Title  _____
       First Name    Middle Name    Last Name

Company  _____

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  _____
         Number        Street

         _____
         City                        State     ZIP Code

Contact phone  (_____) _____ – _____    Email _____

Form 4100R                **Response to Notice of Final Cure Payment**                page **2**